UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH R. FARRIS, | 2:10-CV-01448-PMP-GWF |
| Plaintiff, | |
| v. | ORDER |
| CCDC, et al., | |
| Defendants. | |

Plaintiff having failed to file a timely response in opposition to Defendants' Motion to Dismiss (Doc. #9), and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #9) is **GRANTED** and Plaintiff's action is hereby **DISMISSED** with prejudice.

DATED: April 4, 2011.

PHILIP M. PRO
United States District Judge